# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **MATT BANKS #116002** | **CIVIL ACTION NO. 14-2554** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN BURL CAIN** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254 [Doc. No. 1] is hereby DENIED and DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 15th day of April, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTICT JUDGE